IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JULIE VAZQUEZ,

          Plaintiff,

v.                                             Case No. 2:21-CV-2461-JWL

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

          Defendant.

## ORDER GRANTING ATTORNEY FEES TO PLAINTIFF PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA)

The court previously remanded this case for further administrative proceedings under 42 U.S.C. § 405(g) (*see* ECF No. #21).  After reviewing the file and being advised by the parties that they have now agreed to an attorney fee award under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in connection with the court-related representation of Plaintiff in this Social Security appeal, the Court finds that reimbursement should be made for attorney fees in the amount of **$7,300.00**.

In accordance with *Astrue v. Ratliff*, 560 U.S. 586 (2010), the EAJA attorney fee is payable to the Plaintiff as the litigant and may be subject to offset to satisfy any pre-existing debt the litigant may owe to the United States.  In addition, if Plaintiff's counsel ultimately receives an award of attorney fees pursuant to 42 U.S.C. § 406(b), he must refund the smaller award to Plaintiff pursuant to *Weakley v. Bowen*, 803 F.2d 575, 580 (10th Cir. 1986).

IT IS THEREFORE ORDERED THAT, pursuant to 28 U.S.C. § 2412, Plaintiff is granted attorney fees under the EAJA in the amount of **$7,300.00.**  The check for attorney fees should be made payable to Plaintiff and mailed to Plaintiff's attorney address.

IT IS SO ORDERED.

DATED this 16th day of February, 2023.

   s:/ John W. Lungstrum
JOHN W. LUNGSTRUM
United States District Court Judge

Approved:

DUSTIN J. SLINKARD
United States Attorney
District of Kansas

s/ *Christina J. Valerio*
CHRISTINA J. VALERIO
Special Assistant U.S. Attorney (CO Bar #36754)
Attorneys for the United States of America
Office of Program Litigation, Office 6
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone (303) 844-7348
christina.valerio@ssa.gov
ATTORNEYS FOR DEFENDANT


s/ *Roger M. Driskill*[1]
Roger M. Driskill
Kansas federal district court: 70782
Attorney for Vazquez
BurnettDriskill, Attorneys
103 West 26th Avenue, Suite 290
North Kansas City, Missouri 64116
Telephone: 816.781.4836
Facsimile: 816.792.3634
E-mail: rmdriskill@burnettdriskill.com
ATTORNEY FOR PLAINTIFF

---

[1] Signed electronically by the agency with permission of opposing counsel.